UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| SHAWN ADAM SWAVELY,<br>    *Plaintiff*,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>Administration,<br>    *Defendant*. | Case No: 2:22-cv-00022<br><br>Judge Christopher H. Steger |

## JUDGMENT ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that:

1. Plaintiff's Motion for Judgment on the Administrative Record [Doc. 11] is **DENIED**;

2. The Commissioner's Motion for Summary Judgment [Doc. 14] is **GRANTED**;

3. The Commissioner's decision is **AFFIRMED**.

4. Judgment is entered in favor of the Commissioner.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE

ENTERED AS A JUDGMENT

/s/ *LeAnna Wilson*
CLERK OF COURT